## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 18-191-GW-JCx | Date | April 8, 2024 |
|---|---|---|---|
| Title | *Marile Aragon, et al. v. DePuy Orthopaedics, Inc., et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On April 2, 2024, Plaintiffs filed a Notice of Settlement. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 45 days. The Court sets an order to show re: settlement hearing for May 23, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss and proposed order is filed by noon on May 21, 2024.

:

Initials of Preparer   JG