JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILE ARAGON and RODNEY ARAGON,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., *et al.*,<br><br>Defendants. | Case No. SACV 18-191-GW-JCx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Having considered the Stipulation of Dismissal with Prejudice, and finding good cause, the Court hereby **ORDERS** the above-captioned action **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each side to bear their own costs, expenses, and fees. This Court retains jurisdiction solely to enforce any settlement terms between the parties.

**IT IS SO ORDERED.**

Dated: June 6, 2024

*/s/ George H. Wu*

HON. GEORGE H. WU,
United States District Judge

Barnes & Thornburg LLP
Attorneys At Law
Los Angeles